UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAMOS WAYNE STURGIS,

        Defendant.

Case No. MJ08-517

DETENTION ORDER

Offense charged:

    Possession With Intent To Use or Transfer Five or More False Identification Documents.

Detention Hearing: November 19, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has a criminal history going back to 1979. Since then he has been convicted seven times for offenses including assault, burglary, possession of controlled substances and forgery. In March of 2008, defendant was charged with forgery in Georgia.

DETENTION ORDER -1

(2) Defendant was arrested in this district although he has no apparent ties here. The sole reason defendant was in this district, according to the evidence the government proffered, was to fraudulently obtain money by using false identification documents. At the time of his arrest, defendant had been in the district for only a few days and was about to board a plane at Sea Tac airport to fly to California. The government also proffered evidence that just prior to defendant's arrest in this district, defendant had engaged in fraud in Oregon and Arizona.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 19th day of November, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge